> Baldwin's Kentucky Revised Statutes Annotated
>   Title IX. Counties, Cities, and Other Local Units
>     Chapter 65. General Provisions Applicable to Counties, Cities, and Other Local Units (Refs & Annos)
>       Claims Against Local Governments

KRS § 65.2002

65.2002 Amount of damages recoverable against local governments

Currentness

The amount of damages recoverable against a local government for death, personal injury or property damages arising out of a single accident or occurrence, or sequence of accidents or occurrences, shall not exceed the total damages suffered by plaintiff, reduced by the percentage of fault including contributory fault, attributed by the trier of fact to other parties, if any.

**Credits**
HISTORY: 1988 c 224, § 17, eff. 7-15-88

KRS § 65.2002, KY ST § 65.2002
Current with emergency effective legislation through Chapter 46 of the 2019 Regular Session

---

**End of Document**  © 2019 Thomson Reuters. No claim to original U.S. Government Works.