UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:24-CV-00124-RGJ
*ELECTRONICALLY FILED*

LANNIE FENTRESS and DARON FENTRESS          PLAINTIFFS

vs.          **ORDER**

CITY OF LEITCHFIELD, et al.          DEFENDANTS

\* \* \* \* \* \* \* \*

This matter having come before the Court on the motion to dismiss of the Defendants City of Leitchfield, the Leitchfield Police Department, Brian Jennings, and Tamara Jupin, pursuant to F. R. Civ. P. 12(b), the Court having reviewed the file and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendants' Motion is **GRANTED** and the following claims are dismissed with prejudice: all claims against the City of Leitchfield Police Department who is dismissed as a party; all official capacity claims against Defendants Brian Jennings and Tamara Jupin since they are duplicative of the claims against the City; all Eighth Amendment claims against Defendants the City of Leitchfield, Brian Jennings, Individually, and Tamara Jupin, Individually; and all punitive damages claims against the City of Leitchfield.

This the _____ day of December, 2024.

**DISTRIBUTION:**

Matthew J. Baker
911 College Street, Suite 200
Bowling Green, KY 42101
*Counsel for Plaintiffs*

Jason Bell
BELL, HESS & VAN ZANT, PLC
P.O. Box 844
2819 Ring Road, Suite 101
Elizabethtown, Kentucky  42702-0844
(270) 765-4196
*Counsel for Defendants*

Aaron D. Smith
Jessica R. Shoulders
English, Lucas, Priest & Owsley, LLP
1101 College Stret
PO Box 770
Bowling Green, KY 42102-0770
*Attorneys for Defendants Grayson County
Sheriff Department
and Thomas Lane*

Dennis Newton
Leitchfield Police Department
515B South Main Street
Leitchfield, KY 42754

Justin Cockerel
Leitchfield Police Department
515B South Main Street
Leitchfield, KY 42754